UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. MATA, et al.,<br><br>　　　　Defendants. | No.: 1:21-cv-01162-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 5) |

　　　　Plaintiff Guillermo Trujillo Cruz is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 4, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied.  (Doc. No. 5.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 5.)  Plaintiff did not file objections and the time to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on August 4, 2021 (Doc. No. 5) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* is denied; and
3. Plaintiff is directed to pay the $402.00 filing fee within twenty-one (21) days from the date of service of this order or the action will be dismissed.

IT IS SO ORDERED.

Dated: **September 17, 2021**

_____
UNITED STATES DISTRICT JUDGE