UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>       v.<br><br>T. MATA, et al.,<br><br>            Defendants. | No.: 1:21-cv-01162-NONE-SAB (PC)<br><br>ORDER OVERULING PLAINTIFF'S OBJECTIONS, AND DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. No. 11) |

Plaintiff Guillermo Trujillo Cruz is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 4, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 5.)

Plaintiff did not file objections, and the findings and recommendations were adopted in full on September 17, 2021, directing plaintiff to pay the $402.00 filing fee within twenty-one days. (Doc. No. 6.)

/////

/////

1

On September 22, 2021, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations.  (Doc. No. 9.)  Plaintiff's motion was granted, and plaintiff filed his objections on October 6, 2021.  (Doc. Nos. 10, 11.)

In his objections, plaintiff contends that "for the most part" his previously "cases have been dismissed in error and with prejudice because all … cases have actually stated a claim upon which relief can be granted."  (Doc. No. 11 at 2.)  This is not a valid ground for objecting to the pending findings and recommendations, which correctly reflect the fact that plaintiff has suffered three or more strike dismissals under 28 U.S.C. § 1915(g) and is therefore barred from proceeding *in forma pauperis* with this action and must instead pay the required filing fee to do so.  (Doc. No. 5.)  Any challenges plaintiff may be attempting to raise regarding the prior strike dismissals orders in his previously filed actions cannot be raised now in this action.  Plaintiff's objections provide no basis upon which to reject the August 4, 2021 findings and recommendations or the September 17, 2021order adopting those findings and recommendations.  Because plaintiff has not paid the $402.00 filing fee and his objections indicate he cannot do so (Doc. No. 11 at 3–4), the instant action is hereby dismissed.  (Doc. No. 6.)

IT IS SO ORDERED.

Dated:   **October 13, 2021**

UNITED STATES DISTRICT JUDGE